ORIGINAL

FILED
JAN 1 5 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13CR0120-BGS |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | 21 U.S.C. §§ 331(d), 333(a)(1) and 355(a) - Introduction into Interstate Commerce of an Unapproved New Drug |
| JOEL I. BERNSTEIN, | ) | |
| Defendant. | ) | |

The United States Attorney charges that:

Count 1

On or about July 8, 2010, within the Southern District of California, defendant JOEL I. BERNSTEIN did introduce and cause to be introduced into interstate commerce an unapproved new drug, to wit, Mabthera, a misdemeanor, in violation of Title 21, United States Code, Sections 331(d), 333(a)(1) and 355(a).

DATED:   January 7, 2013.

LAURA E. DUFFY
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney